INGERSOLL, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. June, 1902.) Action by James H. Ingersoll against the Metropolitan Street Railway Company. G. Glenn Worden, for appellant. H. Manne, for respondent. No opinion. Judgment affirmed, with costs.

INVERNEZZI v. DUNN. (Supreme Court, Appellate Division, First Department. October 24, 1902.) Action by Enrice Invernezzi against Thomas J. Dunn. No opinion. Motion granted, with $10 costs.

ISHAM et al. v. NEW YORK ASS'N FOR IMPROVING CONDITION OF POOR et al. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Submission of controversy between William B. Isham and another, as executors of Mary J. Walker, deceased, and the New York Association for Improving the Condition of the Poor and others. Dismissed. H. W. Simpson, for plaintiffs. E. W. Sheldon, George Coggill, H. L. Morris, G. C. Kobbe, and John H. Cole, for defendants.

PER CURIAM. Upon an examination of this record we have come to the conclusion that we cannot determine the question which has been submitted without the whole will upon which it depends being before us. We think, therefore, that this proceeding should be dismissed, with leave to file a new submission.

KARL, Respondent, v. KARL, Appellant. (Supreme Court, Appellate Division, Third Department. September 9, 1902.) Action by Mary Karl against Charles Y. Karl. No opinion. Order affirmed, with $10 costs and disbursements.

KEELER, Respondent, v. ONONDAGA COUNTY SAV. BANK, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1902.) Action by William M. Keeler against the Onondaga County Savings Bank. No opinion. Judgment and order affirmed, with costs.

KEISER et al. v. SHAFER. (Supreme Court, Appellate Division, Fourth Department. October 7, 1902.) Action by August Keiser and another against Edward C. Shafer.

PER CURIAM. Plaintiffs' exceptions overruled, motion for new trial denied, and judgment ordered for the defendant, with costs.

McLENNAN, J., dissents.

KELLY v. KELLY. (Supreme Court, Appellate Division, Second Department. October 17, 1902.) Action by Annie Kelly against Mary E. Kelly. No opinion. Motion denied.

78 N.Y.S.—71

KILKIN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1902.) Action by John V. Kilkin against the New York Central & Hudson River Railroad Company. No opinion. Order appealed from modified, by allowing $4, instead of $28.84, of witness fees struck out upon taxation before the clerk of Onondaga county, and, as so modified, affirmed, with $10 costs and disbursements of this appeal to the appellant.

KINSEY, RANIER & THOMPSON, Respondent, v. BERRIMAN et al., Appellants. (Supreme Court, Appellate Term. May, 1902.) Action by Kinsey, Ranier & Thompson against Matthew W. Berriman and another. L. W. Harburger, for appellants. G. W. Simpson, for respondent.

PER CURIAM. Plaintiff took judgment by default. Defendants made a motion to open default, which was denied. Execution was issued, and the amount was paid under protest by defendants. The latter appeal from the order denying the motion to open default. Such an order is not appealable. Jacobs v. Zeltner, 9 Misc. Rep. 455, 30 N. Y. Supp. 238. Defendants should have proceeded according to section 3064 of the Code, and appealed from the judgment taken by default, in which case, if they had shown by affidavit or otherwise that manifest injustice had been done, and also had given a satisfactory excuse for their default, this court might, in its discretion, have set aside the judgment and directed a new trial. Code, § 3064; Campbell v. Lumley, 24 Misc. Rep. 196, 52 N. Y. Supp. 684; Kellock v. Dickinson, 5 App. Div. 515, 39 N. Y. Supp. 38. The fact that defendants, under protest, paid the judgment, would not bar their right to try the error in fact by an appeal. Hardware Co. v. Young, 27 Misc. Rep. 226, 57 N. Y. Supp. 753. The appeal must be dismissed, with $10 costs and disbursements. Appeal dismissed, with $10 costs and disbursements.

KLEIN, Appellant, v. BROOKLYN UNION EL. R. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 3, 1902.) Action by Samuel Klein against the Brooklyn Union Elevated Railroad Company and the Brooklyn Heights Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.